UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-CV-22800-UNGARO/TORRES

PATRICK A. BURROWS, individually,
and on behalf of all others similarly
situated,

                Plaintiff,

v.

PURCHASING POWER, LLC, a foreign
limited liability corporation,

                Defendant.
_____

## NOTICE OF FILING DECLARATION OF CLASS ADMINISTRATOR IN SUPPORT OF APPROVAL OF CLASS SETTLEMENT

The parties jointly file the Declaration of Class Administrator in Support of Approval of the Class Settlement attached hereto as Exhibit A.

        */s/ D. Matthew Allen*
        D. Matthew Allen (866326)
        e-mail: mallen@carltonfields.com
        CARLTON FIELDS, P.A.
        Corporate Center Three at International Plaza
        4221 West Boy Scout Blvd., Suite 1000
        Tampa, FL  33607-5780
        Telephone:  (813) 223-7000
        Facsimile:   (813) 229-4133

        Aaron S. Weiss (48813)
        e-mail: aweiss@carltonfields.com
        Steven J. Brodie, Esq. (333069)
        e-mail: sbrodie@carltonfields.com
        Thomas Meeks, Esq. (314323)
        e-mail: tmeeks@carltonfields.com
        CARLTON FIELDS, P.A.
        Miami Tower
        100 S.E. Second Street, Suite 4200
        Miami, Florida  33131
        Telephone:  (305) 530-0050
        Facsimile:   (305) 530-005
        ***Attorneys for Defendant Purchasing Power, LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record.

*/s/D.Matthew Allen*
Attorney

## **SERVICE LIST**

John Allen Yanchunis, Sr.
Email: jyanchunis@forthepeople.com
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813-223-5505
Fax: 813-223-5402
***Attorneys for Plaintiff Patrick A. Burrows***